IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-326-KD-N |
| ) | |
| BRIAN L. HALL and ) | |
| BRENDA R. HALL, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, granting the United States' motion for default judgment, it is **ORDERED, ADJUDGED** and **DECREED** that Default Judgment is entered against Defendants Brian L. Hall and Brenda R. Hall; and it is further **ORDERED, ADJUDGED** and **DECREED**:

> that plaintiff United States of America, shall have and recover judgment against Defendant Brian L. Hall in the amount of $7,659,664.91, as of September 30, 2013 and plus statutory interest accruing after that date pursuant to 26 U.S.C. §§ 6321 & 6322 until the judgment is paid, for unpaid trust fund recovery penalties assessed against him as a responsible officer for (i) Express Payroll PEO, Inc., (for periods ending March 31, 1999 through December 31, 1999); (ii) Saguaro Services, Inc., (for periods ending March 31, 2001, June 30, 2001, and June 30, 2002 through December 31, 2002); (iii) Trico Services, Inc., (for period ending September 30, 2003); and Matchtech, Inc., (for periods ending December 31, 2008, March 31, 2009, June 30, 2009 and June 30, 2010); and

> that plaintiff, United States of America, shall have and recover judgment against Defendant Brian L. Hall in the amount of $11,567.25, as of September 30, 2013 and plus statutory additions and interest accruing after that date pursuant to 26 U.S.C. §§ 6321 & 6322 until the judgment is paid, for his personal federal income tax liabilities for years 2004, 2006, 2007 and 2009; and

that plaintiff, United States of America, shall have and recover judgment against Defendant Brenda R. Hall in the amount of $416,917.93, as of September 30, 2013 and plus statutory interest accruing after that date pursuant to 26 U.S.C. §§ 6321 & 6322 until the judgment is paid, for unpaid trust fund recovery penalties assessed against her as a responsible officer for Matchtech, Inc., for the periods ending December 31, 2008, March 31, 2009, June 30, 2009 and June 30, 2010.

Done and ordered the 30th day of December 2013.

                                          s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          UNITED STATES DISTRICT JUDGE